UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SANDHILLS GLOBAL, INC., | : | Civil Action No._____ |
| Plaintiff, | : | |
| v. | : | |
| LAWRENCE GARAFOLA, individual, MARLENE GREENE, individual, LAWRENCE GARAFOLA, JR., Individual, BIDPATH, INC., a Nevada Corporation, and BIDFACTS, LLC, a California limited liability company, | : : : : | |
| Defendants. | : | |

### DISCLOSURE STATEMENT

The undersigned counsel for Plaintiff Sandhills Global, Inc., certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

### OR

■ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____
Signature of Attorney

John D. Miller, III, Esq. (JDM-3964)
Print Name

8/26/2019
_____
Date

Bressler, Amery & Ross, P.C.
Name of Firm

325 Columbia Turnpike
Address

Florham Park, New Jersey 07932
City/State/ZIP Code

4825-3786-0002.1