**SAUL EWING ARNSTEIN & LEHR LLP**
Dena B. Calo, Esq.
Michael Rowan, Esq.
650 College Road East, Suite 4000
Princeton, New Jersey  08540
Tel: (609) 452-3100
Fax: (609 452-3122
dena.calo@saul.com
michael.rowan@saul.com
*Attorneys for Defendants BidPath, Incorporated, BidFacts LLC, and Marlene Greene*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDHILLS GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE GARAFOLA, individual, MARLENE GREENE, individual, LAWRENCE GARAFOLA, JR., individual, BIDPATH, INC., a Nevada corporation, and BIDFACTS, LLC, a California limited liability company, <br><br> Defendants. | Civil Action No.: 19-cv-17225 (MAS)(TJB) |

Michael Rowan, Esq., of full age and under penalty of perjury, declares as follows:

1.    I am an attorney with Saul Ewing Arnstein & Lehr LLP, attorneys for Defendants BidPath, Incorporated, BidFacts LLC, and Marlene Greene.

2.    On October 21, 2019, I caused to be served BidPath, Incorporated's Brief in Support of Motion to Dismiss the Counterclaim or Transfer on all parties of record via ECF.

                                By:     /s/ Michael Rowan
                                            Michael Rowan

Dated:  October 21, 2019

36050567.1