

Dena B. Calo
Phone: (215) 972-7104
Fax: (215) 972-7725
Dena.Calo@saul.com
www.saul.com

May 13, 2020

**Via ECF**

Hon. Michael A. Shipp, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ  08608

   Re: *Sandhills Global, Inc. v. Garafola, et al.*
      Case No. 3:19-cv-17225-MAS-TJB

Dear Judge Shipp:

  This firm represents Defendant/Counter Claimant BidPath, Inc. in the above-referenced case.[1] The Court recently set a telephone conference for Monday, May 18, 2020 concerning the pending Motions to Dismiss filed by Plaintiff/Counter Defendant Sandhills Global, Inc. [ECF Nos. 25, 26]. Unfortunately, I have a scheduling conflict on that date, and will not be able to attend the conference as scheduled.

  I conferred with opposing counsel, as well as counsel for Defendant/Counter Claimant Lawrence Garafola, Sr., and with their consent respectfully request that the conference be rescheduled for Thursday, May, 21 at 11:00 AM, or 2:00 PM.

  Thank you for your time and consideration.

               Respectfully submitted,

               */s/ Dena B. Calo*
               Dena B. Calo, Esq.

cc: All counsel (via ECF)

---

[1] This firm additionally represents Defendants BidFacts, LLC and Marlene Greene, but these parties are not subject to the relevant motions.

Centre Square West ♦ 1500 Market Street, 38th Floor ♦ Philadelphia, PA 19102-2186
Phone: (215) 972-7777 ♦ Fax: (215) 972-7725

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
36964918.1 05/13/2020