# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**OFFICE:** TRENTON     **DATE:** MAY 21, 2020

**JUDGE MICHAEL A. SHIPP**

**COURT REPORTER:** CATHY FORD

**TITLE OF CASE:**     **CIVIL ACTION #** 19-17225 (MAS)
SANDHILLS GLOBAL, INC.
      vs.
LAWRENCE GARAFOLA, SR., et al

**APPEARANCES:**
John D. Miller, Esq. and Alexander Essay, Esq. (in-house counsel) for Plaintiff/Counterclaim Defendant
Steven D. Farsiou, Esq. for Defendants/Counterclaimants Lawrence Garafola, Sr. and Lawrence Garafola, Jr.
Dena Calo, Esq. and Erik Pramschufer, Esq. for Defendant/Counterclaimant BidPath, Inc., Marlene Greene, and BidFacts, LLC

**NATURE OF PROCEEDINGS:**
Telephone Conference held re [25] Motion to Dismiss Counterclaim of Defendant BidPath, Inc. and [26] Motion for Partial Dismissal of Lawrence Garafola Sr.'s Counterclaims filed by Sandhills Global, Inc.
Court placed its decision on the record.
Ordered [25] Motion to Dismiss is GRANTED.
Ordered [26] Motion to Dismiss is GRANTED.
Defendant Garafola may amend his invasion-of-privacy counterclaim by June 19, 2020.
Order to issue.

Time Commenced:   11:01 AM
Time Adjourned:   11:11 AM
Total Time:       10 min

                                          s/ Gina Hernandez-Buckley
                                              **DEPUTY CLERK**