UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDHILLS GLOBAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWRENCE GARAFOLA, individual, MARLENE GREENE, individual, LAWRENCE GARAFOLA, JR., individual, BIDPATH, INC., a Nevada corporation, and BIDFACTS, LLC, a California limited liability company, <br><br> Defendants. | Civil Action No. 3:19-cv-17225 (MAS) (TJB) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sandhills Global, Inc. ("Plaintiff") and Defendants Lawrence Garafola, Lawrence Garafola, Jr., Marlene Greene, BidPath, Inc. and Bidfacts, LLC (collectively, "Defendants"), hereby stipulate to dismissal of the above referenced action in its entirety, with prejudice, each party bearing its own fees and costs.

| | |
|---|---|
| BRESSLER, AMERY & ROSS, P.C. | SAUL EWING ARNSTEIN & LEHR LLP |
| | |
| By: ___/s/ John D. Miller, III_____ <br> John D. Miller, III <br> 325 Columbia Turnpike <br> Florham Park, NJ 07932 <br> Tel: (973) 514-1200 <br> JMiller@bressler.com | By: ___/s/ Dena B. Calo_____ <br> Dena B. Calo <br> 1500 Market Street, 38th Floor <br> Philadelphia, PA 19102 <br> Tel: (609) 452-3100 <br> Dena.Calo@saul.com |
| *Attorneys for Plaintiff Sandhills Global, Inc.* | Erik P. Pramschufer <br> 1270 Avenue of the Americas, Suite 2005 <br> New York, NY 10020 <br> Tel: (212) 980-7216 <br> Erik.Pramschufer@saul.com <br><br> *Attorneys for Defendants BidPath, Incorporated, Bidfacts LLC, and Marlene Greene* |

1

TRINITY & FARSIOU, LLC

By:    /s/ Steven Farsiou
Steven Farsiou, Esq.
47 Maple Avenue, Suite 7
Flemington, NJ 08822
Tel: (908) 824-7265
Sfarsiou@trinityandfarsiou.com

*Attorneys for Defendants Lawrence Garafola and Lawrence Garafola, Jr.*

Dated: December 16, 2021

For The Court:

**So Ordered this 17th day of December 2021.**

_____
Hon. Michael A. Shipp, U.S.D.J.